JOSEPHINE CANNISI, as Administratrix, etc., of JOSEPH CANNISI, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, and FLOYD L. CHANDLER, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages for death of intestate in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAROLD CASSMAN, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of burglary, first degree.) · Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

BALDWINSVILLE STATE BANK, Appellant, v. VELVIT KNIT CORPORATION and Others, Defendants, and GEORGE REINHARDT and Others, Respondents. — Judgments and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and facts and for a new trial on the ground that the verdict of the jury was contrary to and against the weight of the evidence, and Crosby, J., who dissents and votes for reversal on the facts and for a new trial on the ground that the verdict of the jury was against the weight of the evidence. (The judgments are for defendants in an action on a promissory note. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THOMAS O'NEILL, Respondent, v. LARKIN COMPANY, INC., Appellant, and BARBARA SMITH, Defendant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the verdict of the jury was contrary to and against the weight of the evidence. Memorandum. We find nothing in the plaintiff's own testimony or elsewhere in the record furnishing sufficient basis for a finding that defendant was negligent or that plaintiff Mary E. O'Neill used reasonable caution. All concur, except Taylor and Lewis, JJ., who dissent and vote for affirmance. (The judgment awards damages to plaintiff for loss of services of his wife because of injuries sustained by his wife in falling on sidewalk at entrance to defendant's store. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MARY E. O'NEILL, Respondent, v. LARKIN COMPANY, INC., Appellant, and BARBARA SMITH, Defendant.— Same decision as in companion case (O'Neill v. Larkin Co., Inc., ante, p. 803). (The judgment awards damages to plaintiff for injuries sustained in a fall on sidewalk at entrance to defendant's store. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor Thompson, Crosby and Lewis, JJ.

WILLARD H. HOOKWAY, Respondent, v. RYAN BREWING COMPANY, INCORPORATED, and Another, Defendants, and HENRY FUNDA CONSTRUCTION COMPANY and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment confirms the report of a referee directing foreclosure and sale under a mortgage.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

PETER BOBRIK, Appellant, v. JOHN BENYO, Respondent.— Plaintiff's exceptions overruled, motion for a new trial denied, with costs, and judgment directed for the defendant on the verdict. All concur. (The exceptions were taken to rulings on the trial resulting in a verdict for defendant in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.